IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID JEROME CRAWFORD #11307-002, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv277-MHT (WO) |
| CCM-SPEIGHT (Dismas Charities), | ) ) ) | |
| Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's habeas request should be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE