IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID JEROME CRAWFORD        )
#11307-002,                  )
                             )
     Petitioner,             )
                             )    CIVIL ACTION NO.
     v.                      )     2:15cv277-MHT
                             )         (WO)
CCM-SPEIGHT (Dismas          )
Charities),                  )
                             )
     Respondent.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) The application to proceed in forma pauperis (doc. no. 2) is granted.

(3) The 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. no. 1) is denied, with no costs taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 26th day of May, 2015.**

        **/s/ Myron H. Thompson**
        **UNITED STATES DISTRICT JUDGE**